```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
   NANCY HALL,                                 :
                          Plaintiff,           :
                                               :           24 Civ. 2817 (LGS)
                 -against-                     :
                                               :              ORDER
   SONNY VATAJ,                                :
                          Defendant.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for June 12, 2024;

WHEREAS, no significant issues were raised in the parties' proposed case management plan.  It is hereby

**ORDERED** that the June 12, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that, by **June 7, 2024**, the parties shall file the joint letter required by the Dkt. 6 order and confirm whether they consent to conducting all further proceedings before the assigned Magistrate Judge, as currently indicated in their proposed case management plan and scheduling order.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, he shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

The Clerk of Court is respectfully directed to close the motion at Dkt. 12.

Dated: June 5, 2024
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**