UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY HALL,

                            Plaintiff,                    24-CV-2817 (VF)

        -against-                              **ORDER**

SONNY VATAJ,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint status update by **March 3, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                February 21, 2025

                                                               _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge