UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NANCY HALL,

                            Plaintiff,              24-CV-2817 (VF)

       -against-                       **ORDER**

SONNY VATAJ,

                         Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the April 8, 2025 conference, Defendant is going to retain new counsel and has 45 days to do so. Defendant's counsel is directed to move to withdraw as counsel by **Friday, April 11, 2025**. Discovery is stayed only for the 45 day-period while Defendant is looking for new counsel. Once the 45-day period has elapsed, the parties are to continue with discovery and conduct depositions. The parties do not have to file a joint status update by April 15, 2025. Instead, the parties are directed to submit a joint status update by **Monday, May 26, 2025**, after the 45-day period has elapsed.

      **SO ORDERED.**

DATED:     New York, New York
              April 8, 2025

                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge