# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

May 7, 2026

**<u>Via ECF</u>**

Magistrate Judge Valerie Figueredo
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

       *Re:*    *Hall v. Vataj*
              *Civil Action No: 24-cv-2817 (LGS)*

Dear Judge Figueredo:

    This office represents Plaintiff in this matter. I have conferred at length with defense counsel as to the pre-trial productions in the Court's Order of February 3, 2026, ECF Doc. 38.

    Counsel and I jointly request an extension of the May 8 date for the Findings of Fact, binders and the Pre-Trial Order to <u>May 15, 2026</u>.

    The reason for the request is that defense counsel and I are working through the Exhibits so as not to be duplicative and to streamline the trial. Secondly, we both also need the extra requested week to make our joint pre-trial productions due to other matters, both personal and professional.

    The parties are not asking to move the June 2 trial date and wish to keep that in place.

    Thanking the Court and counsel for its consideration in this matter.

                Very truly yours,

                *Jeffrey Benjamin*

                Jeffrey Benjamin, Esq.

**MEMO ENDORSED**

_____
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**
         **Dated: May 12, 2026**

The extension request is GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 39.