UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NANCY HALL,

                Plaintiff,                  **24-CV-02817 (VF)**

      -against-                   **ORDER**


SONNY VATAJ,

                Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the close of trial, Plaintiff indicated she wanted to bring a motion under Rule 15(b). The Court adopts the following schedule for the Rule 15(b) briefing: Plaintiff's motion is due **June 26, 2026**, Defendant's opposition is due **July 10, 2026**, and Plaintiff's reply, if any, is due **July 17, 2026**.

The parties may also submit post-trial briefing addressing the testimony of the witnesses and legal claims as discussed at the close of trial. If the parties choose to do so, both parties' submissions are due **July 3, 2026**, and both parties' responses are due **July 17, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
           June 15, 2026

                                  _____

                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge