UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NANCY HALL,

                Plaintiff,                         **24-CV-02817 (VF)**

     -against-                           **ORDER**

SONNY VATAJ,

                Defendant.

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court is in receipt of the letters filed at ECF Nos. 52 and 54. Because Plaintiff has already submitted a motion for leave to amend (ECF No. 51), Defendant's deadline to respond to the motion to amend remains **July 10, 2026**. The Court will rule on the motion to amend without a reply.

       The deadlines for any further post-trial briefing are stayed.

       **SO ORDERED.**

DATED:     New York, New York
           June 30, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge