**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NANCY HALL,

Plaintiff,

-against-

24 **CIVIL** 2817 (VF)

**JUDGMENT**

SONNY VATAJ,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 15, 2026, judgment is entered in Defendant's favor on Counts I-III in the complaint. Plaintiff's motion to amend is **GRANTED** as to her request for a declaratory judgment. Any recovered funds from the Borrower or Guarantors, including the amount being held in escrow by Della Mura & Ciacci LLP, must be split between Plaintiff and Defendant equally. Plaintiff's motion to amend is **DENIED** as to her request to add new claims for negligence and negligent misrepresentation; accordingly, the case is closed.

**Dated:** New York, New York

September 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**